# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

THELMA BROWN
on behalf of J.P., a minor child                                     PLAINTIFF


V.                              NO. 3:12CV00280 JTR


CAROLYN W. COLVIN,
Commissioner, Social
Security Administration                                          DEFENDANT

### ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's

Motion to Voluntarily Dismiss (docket entry #11) is GRANTED, and this case is

DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of March, 2013.


_____
UNITED STATES MAGISTRATE JUDGE